IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3031-2 |
| v. | ) | |
| | ) | |
| MARIA DE LOS ANJELES MENDEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED,

   Defendant's motion to extend deadline, filing 22, is granted and the deadline for defendant Maria De Los Anjeles Mendez to file pretrial motions is extended to May 27, 2005.

   DATED this 25th day of April, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge