```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )         4:05CR3031
         v.                     )
                                )
MARIA DE LOS ANJELES MENDEZ,    )
                                )            ORDER
              Defendant.        )
                                )
```

An entry of appearance for defendant has been filed by attorney Robert B. Creager.

IT THEREFORE HEREBY IS ORDERED,

The motion of James H. Hoppe to withdraw, filing 58, is granted.

DATED this 10th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge