IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3031-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MARIA DE LOS ANGELES MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that a status hearing before the undersigned United States district judge is set for Monday, May 15, 2006, at 1:30 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.  Counsel for the government, counsel for the defendant, and the defendant shall be present at the hearing.

May 12, 2006.                             BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge